IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01568-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

LEON C. PICKFORD,

 Plaintiff,

v.

BETH DALLAS, sued in theoer [sic] individual capacities,
STOCK, Nurse # 9314, sued in there [sic] individual capacities,
J.G. FORLURNH, J.G. # 12570, sued in there [sic] individual capacities,
GATBEL CHAMJOCK, sued in there [sic] individual capacities, and
THOMAS C. FISHER, sued in there [sic] individual capacities,

 Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

 Plaintiff, Leon C. Pickford, has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and a Prisoner Complaint.  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing:
(4) ___ is missing certificate showing current balance in prison account

(5)    __    is missing required financial information
(6)    __    is missing an original signature by the prisoner
(7)    _X_   is not on proper form (must use the court's current form)
(8)    __    names in caption do not match names in caption of complaint, petition or habeas application
(9)    __    other:

**Complaint, Petition or Application**:
(10)  __    is not submitted
(11)  __    is not on proper form (must use the court's current form)
(12)  __    is missing an original signature by the prisoner
(13)  __    is missing page nos. __
(14)  __    uses et al. instead of listing all parties in caption
(15)  __    names in caption do not match names in text
(16)  __    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17)  __    other: _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Plaintiff shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (with the assistance of his case manager or the facility's legal assistant), at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED June 19, 2012, at Denver, Colorado.

                                                  BY THE COURT:

                                                   s/ Boyd N. Boland
                                                  United States Magistrate Judge