IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01568-MSK-MJW

LEON C. PICKFORD,

Plaintiff(s),

v.

STOCK, Nurse #9314, sued in there [sic] individual capacities and
GATBEL CHAMJOCK, sued in there [sic] individual capacities,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the defendants' Motion to Stay Discovery and Vacate Scheduling Conference Set for November 26, 2012 (Docket No. 24), is GRANTED. It is thus further

ORDERED that the Scheduling Conference set for November 26, 2012, at 10:30 a.m. is vacated. It is further

ORDERED that discovery in this case is stayed until further Order of the court.

Date: November 2, 2012