IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-01568-MSK-MJW

LEON C. PICKFORD,

    Plaintiff,

v.

STOCK, Nurse #9314, sued in there [sic] individual capacities, and
GATBEL CHAMJOCK, sued in there [sic] individual capacities,

    Defendants.

---

### FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Electronic Order filed on July 29, 2013, adopting the Recommendation issued by the Magistrate Judge (**Doc. #29**) to grant the Motion to dismiss (**Doc. #23**), it is

ORDERED that the Recommendation of Magistrate Judge Watanabe (**Doc. #29**) is **ADOPTED**. All claims by the Plaintiff's are dismissed and the case is closed. It is further

ORDERED that defendants are AWARDED costs, to be taxed by the clerk of the court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this  2nd  day of August, 2013.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                By: s/ Edward P. Butler
                Edward P. Butler, Deputy Clerk